UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | * |
| | * |
| GARY CEDERQUIST, CALVIN BUTNER, PERRY MENDES, JOEL ROGERS, SCOTT CAMARA, ERIC MATHISON, | * Criminal Action No. 1:24-cr-10024-IT |
| | * |
| Defendants. | * |

## PRETRIAL ORDER

After an Initial Pretrial Conference held on August 5, 2024, it is hereby ORDERED that:

A final pretrial conference shall be held on **March 27, 2025** at **2:30 p.m.** Trial shall commence on **April 7, 2025** at **9:00 a.m.**

I. **Government Disclosures**: The government shall by **February 24, 2025**:

   A. **Exculpatory Information**: Disclose to the defendants the exculpatory information identified in Local Rule 116.2 that has not been previously produced;

   B. **Prior Bad Acts Evidence**: Disclose to the defendants a general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b);

   C. **Witnesses**: Absent written objection, provide the defendants with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendants of the name and address of that prospective witness;

   D. **Witness Statements**: Produce statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses it intends to call in its case-in-chief;

   E. **Exhibits**: Absent written objection, provide the defendants with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional

1

exhibit in its case-in-chief, the government shall promptly provide the defendants copies of the exhibit and supplemental exhibit lists.

II. **Initial Pretrial Filings**

    A. **Motions in Limine, Voir Dire Questions and Jury Instructions**: The parties shall by **March 3, 2025** file proposed voir dire questions, proposed jury instructions and any motions in limine with supporting memoranda.

    B. **Oppositions**: The parties shall by **March 10, 2025**, file responses to any motion in limine and any objections to the other party's proposed voir dire questions and jury instructions. Objections to jury instructions should include citations to authority where appropriate. If objections include proposed modifications of the voir dire questions or jury instructions, such proposed modifications shall be presented using underlining (for proposed additions) and strike-out (for proposed deletions). Parties shall also provide the clerk, by email or disc, modifiable Microsoft Word copies of this submission.

III. **Defendants' Disclosures**: The defendants shall by **March 17, 2025**:

    A. **Witnesses**: Absent written objection, provide the government with the names and addresses of the witnesses the defendants intend to call in their cases-in-chief. If the defendants subsequently form an intent to call any other witness in their cases-in-chief, they shall promptly notify the government of the name and address of that witness;

    B. **Witness Statements**: Absent written objection, produce statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses they intendd to call in their cases-in-chief;

    C. **Exhibits**: Absent written objection, provide the government with copies of the exhibits and a premarked list of the exhibits the defendants intend to offer in their cases-in-chief. If the defendants subsequently decide to offer any additional exhibits in their cases-in-chief, they shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

IV. **Final Pre-Trial Filings**: The parties shall by **March 24, 2025**:

    A. **Stipulated Facts**: File a written stipulation of any facts that they agree are not in dispute;

    B. **Exhibit List**: File a joint exhibit list of all exhibits that a party may offer at trial, identified and marked by a single sequence of numbers, regardless of which party is the proponent of an exhibit, with gaps as necessary to reflect any documents the

parties no longer may offer at trial, and including notation as to those items the party expects to offer and those it may offer if the need arises, and noting as to each document whether the opposing party: (1) objects to the document; (2) may object to the document and reserves its position on the issue at this time; or (3) has no objection to the document. The list shall be filed in the form of the chart in attached Appendix A, with notations regarding objections set forth in column 5, and columns 6 and 7 and 8 left blank;

C. **<u>Witnesses</u>**: File a list of all witnesses they may call at trial to be read to the jury during voir dire;

D. **<u>Trial Brief</u>**: File a trial brief addressing any and all foreseeable disputes concerning issues of law;

E. **<u>Exhibits (Courtesy Electronic Copy)</u>**: Provide the court with a disc containing courtesy copies of all exhibits as pre-marked for trial with exhibit stickers containing the numbering set forth in the joint list of all exhibits, and with prior exhibit numbers and exhibit stickers removed.

V. **<u>Final Pre-Trial Conference</u>**: The parties shall bring to the final pretrial conference courtesy hard copies of all exhibits as pre-marked for trial with exhibit stickers containing the numbering set forth in the joint list of all exhibits, and with prior exhibit numbers and exhibit stickers removed. If more than one binder is needed, the numbers of the exhibits in each binder must be clearly labeled on the spine. The law clerk does not need a binder. *DO NOT have boxes delivered to the courthouse unless you have made specific arrangements with the courtroom deputy or docket clerk.*

VI. **<u>Trial:</u>** A binder of paper exhibits must be available for the jury. Admitted exhibits will be provided to the jury when they deliberate.

**NOTE: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY DESIGNATED DATES.**

Date: January 15, 2025                                             /s/ Indira Talwani
                                                                              United States District Judge

## APPENDIX A

### (leave columns 6-8 blank)

### USE THIS FORMAT FOR PREPARATION OF THE EXHIBIT LIST:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Exhibit Number for Identification** | **Briefly Describe** | **Party Offering Exhibit** | **Does party expect to offer exhibit or may offer if need arises?** | **Does opposing side object, reserve, or have no objection?** | | | |
| | | | | | | | |
| | | | | | | | |

### SAMPLE EXHIBIT LIST

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Exhibit Number for Identification** | **Briefly Describe** | **Party Offering Exhibit** | **Does party expect to offer exhibit or may offer if need arises?** | **Does opposing side object, reserve, or have no objection?** | | | |
| 1 | Hospital record 1/2/2013 | Pl. | Offer | No objection | | | |
| 2 | Photo of accident scene | Def. | Offer | Reserved until trial | | | |
| 3 | Police report | Pl. | May offer | Objection | | | |