UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ERIC MATHISON )  | Docket No.: 24-cr-10024-IT |

**ASSENTED-TO MOTION FOR RULE 11 HEARING**

The Defendant, Eric Mathison, requests that the Court schedule a Rule 11 hearing. The Defendant has executed a plea agreement with the government and intends to change his plea to guilty.

Counsel for the government assents to this motion.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer
  B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 3, 2025.

*/s/ Scott Lauer*
Scott Lauer