

FILED
IN CLERKS OFFICE
2025 JUL 10 PM 12: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

Criminal No 24-10024-IT

To Honorable Justice Indira Talwani,

I am writing this letter on behalf of Eric Mathison to provide a character reference as I have had the privilege of knowing him for the last seven years. When I first met Eric, I quickly knew he would be someone I would remain friends with for the foreseeable future. Aside from common interest, we share the same passion for helping individuals who are less fortunate. When Eric learned I work with people experiencing homelessness, he immediately asked what he could do to help support the people I serve. Over the years, Eric would always reach out to see if there was anything he could provide that would help someone living on the streets which included warm clothing, boots, sleeping bags etc. His kindness is genuine and not once did he want recognition for his generosity, always declining a tax receipt or pictures for our social media. Aside from what he has done to help people experiencing homelessness, he spreads the same love to people in his life. This is just a snapshot into the person he is, and I am hoping an alternative consequence can be given by the court instead of incarceration.

Sincerely,

Jeron Reddick

Director of Community Based Case Management




