# Exhibit A

(Placeholder – Too Large to Upload)