# EXHIBIT B
# Water Co. Extortion Conspiracy (Conservative)

| Text Message Date | Item Description | Cost | Quantity | Total Est. Cost | Photo of Item Inside Trailer? |
|---|---|---|---|---|---|
| 10/20/2018 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 1 | $28.00 | Y |
| 10/20/2018 | JAVARAMA ESPRESSO WHOLE BEAN 1.5 LB (12 EACHES PER CASE) | $12.99 | 1 | $12.99 | Y |
| 10/20/2018 | LAVAZZA INTENSO CAPSULES 100 CT | $53.58 | 1 | $53.58 | Y |
| 10/20/2018 | Cups | | 1 | $0.00 | Y |
| 10/20/2018 | Lids | | 1 | $0.00 | Y |
| 10/20/2018 | LIPTON TEA BAG 1 CUP 100 CT (10 EACHES PER CASE) | $7.00 | 1 | $7.00 | Y |
| 10/20/2018 | STEEP ORGANIC BY BIGELOW PURE GREEN TEA 20 CT (6 EACHES PER CASE) | $4.00 | 1 | $4.00 | Y |
| 10/20/2018 | STIR STICK 5.5 IN WOOD 1000 CT (10 EACHES PER CASE) | $3.00 | 1 | $3.00 | Y |
| 10/28/2018 | Coffee and Espresso Machine [unknown brand/type] | $100.00 | 1 | $100.00 | N |
| 10/28/2018 | VERMONT PURE 5.0G SPRING | $7.00 | 1 | $7.00 | N |
| 10/28/2018 | Sugar | $0.00 | 1 | $0.00 | N |
| 10/28/2018 | STANDARD COFFEE CREAMER CANISTER 11.5 OZ (24 EACHES PER CASE) | $1.50 | 1 | $1.50 | N |
| 10/28/2018 | LAVAZZA DECAF CAPSULES 100 CT | $55.00 | 1 | $55.00 | N |
| 11/13/2018 | LAVAZZA INTENSO CAPSULES 100 CT | $53.58 | 1 | $53.58 | N |
| 11/13/2018 | TAZO AWAKE ENGLISH BREAKFAST BLACK TEA (FLAVIA) 20 CT (4 EACHES PER CASE) | $10.00 | 1 | $10.00 | N |
| 11/13/2018 | VERMONT PURE 5.0G SPRING | $7.00 | 10 | $70.00 | N |
| 11/13/2018 | ARIZONA GREEN TEA ZERO WITH GINSENG & HONEY 11.5 OZ CANS 12 COUNT | $7.00 | 1 | $7.00 | N |
| 11/28/2018 | MV 5.0G SPRING GLASS | $26.00 | 1 | $26.00 | N |
| 12/13/2018 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 2 | $56.00 | N |
| 12/13/2018 | ALTERRA ITALIAN ROAST 100% 3RD PARTY CERTIFIED 20 CT (5 EACHES PER CASE) | $10.00 | 1 | $10.00 | N |
| 12/13/2018 | BRIGHT TEA ENGLISH BREAKFAST RAINFOREST ALLIANCE 20 CT (5 EACHES PER CASE) | $10.00 | 1 | $10.00 | N |
| 12/29/2018 | Flavia Machine C400 | $1,500.00 | 1 | $1,500.00 | N |
| 12/29/2018 | Drink Fridges (used) | | 1 | $0.00 | N |
| 12/29/2018 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 2 | $56.00 | N |
| 12/29/2018 | FIJI 24/500ML (0.5L) ARTESIAN 72/PAL | $29.99 | 1 | $29.99 | N |
| 12/29/2018 | K-Cups | $15.00 | 1 | $15.00 | N |
| 12/29/2018 | Teas | $7.00 | 1 | $7.00 | N |
| 12/29/2018 | STARBUCKS PIKE PLACE (FLAVIA) 20 CT (4 EACHES PER CASE) (DISCONTINUED) | $20.00 | 1 | $20.00 | N |
| 12/29/2018 | ALTERRA ITALIAN ROAST 100% 3RD PARTY CERTIFIED 20 CT (5 EACHES PER CASE) | $10.00 | 1 | $10.00 | N |
| 12/29/2018 | VERMONT PURE 5.0G SPRING | $7.00 | 2 | $14.00 | N |
| 2/2/2019 | LAVAZZA INTENSO CAPSULES 100 CT | $53.58 | 1 | $53.58 | N |
| 2/2/2019 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 1 | $28.00 | N |
| 2/2/2019 | ALTERRA ITALIAN ROAST 100% 3RD PARTY CERTIFIED 20 CT (5 EACHES PER CASE) | $10.00 | 1 | $10.00 | N |
| 2/2/2019 | SWEDISH FISH 24 CT (12 EACHES PER CASE) | $32.50 | 1 | $32.50 | N |
| 2/2/2019 | TWIZZLERS STRAWBERRY 18 CT (18 EACHES PER CASE) | $48.75 | 1 | $48.75 | N |
| 2/2/2019 | ALTERRA BARISTA'S BLEND 100% 3RD PARTY CERTIFIED 20 CT (5 EACHES PER CASE) | $10.00 | 1 | $10.00 | N |
| 2/16/2019 | VERMONT PURE 5.0G SPRING | $7.00 | 16 | $112.00 | Y |
| 2/16/2019 | AQUA CAFE COFFEE BREWER & BOTTOM LOAD HOT AND COLD COOLER COMBO | $100.00 | 1 | $100.00 | Y |
| 2/16/2019 | ECO-STICK YELLOW 400 CT (4 EACHES PER CASE) | $13.20 | 1 | $13.20 | Y |
| 2/16/2019 | PURE VIA PACKETS 300 CT | $7.00 | 1 | $7.00 | Y |
| 2/16/2019 | ALTERRA ITALIAN ROAST 100% 3RD PARTY CERTIFIED 20 CT (5 EACHES PER CASE) | $10.00 | 1 | $10.00 | Y |
| 2/16/2019 | BRIGHT TEA ENGLISH BREAKFAST RAINFOREST ALLIANCE 20 CT (5 EACHES PER CASE) | $10.00 | 1 | $10.00 | Y |
| 2/16/2019 | FLAVIA DOVE HOT CHOCOLATE 18 CT (4 EACHES PER CASE) | $12.00 | 1 | $12.00 | Y |
| 2/16/2019 | NESTLE COCOA MINI MARSHMALLOW 50 CT (6 EACHES PER CASE) | $14.09 | 2 | $28.18 | Y |
| 2/16/2019 | CAFE ESCAPES MILK CHOCOLATE HOT COCOA K CUP POD 24 CT (4 EACHES PER CASE) | $13.00 | 1 | $13.00 | Y |
| 2/16/2019 | TWIZZLERS STRAWBERRY 18 CT (18 EACHES PER CASE) | $48.75 | 2 | $97.50 | Y |
| 2/16/2019 | SWEDISH FISH 24 CT (12 EACHES PER CASE) | $32.50 | 2 | $65.00 | Y |
| 2/16/2019 | FIJI 24/500ML (0.5L) ARTESIAN 72/PAL | $29.99 | 1 | $29.99 | Y |
| 2/16/2019 | POLAR VARIETY PACK SPARKLING WATER CAN 24/12 OZ | $11.22 | 2 | $22.44 | Y |
| 2/16/2019 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 1 | $28.00 | Y |
| 2/16/2019 | ARIZONA GREEN TEA ZERO WITH GINSENG & HONEY 11.5 OZ CANS 12 COUNT | $7.00 | 1 | $7.00 | Y |
| 3/8/2019 | VERMONT PURE 5.0G SPRING | $7.00 | 2 | $14.00 | N |
| 4/27/2019 | FIJI 24/500ML (0.5L) ARTESIAN 72/PAL | $29.99 | 2 | $59.98 | Y |
| 4/27/2019 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 2 | $56.00 | Y |
| 4/27/2019 | ECO-STICK YELLOW 400 CT (4 EACHES PER CASE) | $13.20 | 2 | $26.40 | Y |
| 4/27/2019 | STIR STICK 5.5 IN WOOD 1000 CT (10 EACHES PER CASE) | $3.00 | 2 | $6.00 | Y |
| 4/27/2019 | STARBUCKS PIKE PLACE ROAST 18/2.5 OZ (4 EACHES PER CASE) | $48.99 | 4 | $195.96 | Y |
| 4/27/2019 | 16 oz cups with lids | | 1 | $0.00 | Y |
| 5/9/2019 | Drink Fridges (used) | | 1 | $0.00 | N |
| 5/23/2019 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 1 | $28.00 | N |
| 5/23/2019 | LAVAZZA INTENSO CAPSULES 100 CT | $53.58 | 1 | $53.58 | N |
| 6/4/2019 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 1 | $28.00 | N |
| 6/4/2019 | FIJI 24/500ML (0.5L) ARTESIAN 72/PAL | $29.99 | 1 | $29.99 | N |
| 6/4/2019 | Tea | | 1 | $0.00 | N |
| 6/4/2019 | Coffee | | 1 | $0.00 | N |

| Date | Description | Price | Qty | Total | Y/N |
|---|---|---|---|---|---|
| 8/11/2019 | ECO-STICK YELLOW 400 CT | $13.20 | 1 | $13.20 | Y |
| 8/11/2019 | Cups |  | 1 | $0.00 | Y |
| 8/11/2019 | Lids |  | 1 | $0.00 | Y |
| 8/11/2019 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 2 | $56.00 | Y |
| 8/11/2019 | VERMONT PURE/ 0.5L SPRING BOTTLED WATER | $5.86 | 4 | $23.44 | Y |
| 8/11/2019 | MV 12/1.0L SPRING GLASS | $35.37 | 1 | $35.37 | Y |
| 8/11/2019 | TAZO ZEN TEA (FLAVIA) 20 CT (4 EACHES PER CASE) | $10.00 | 1 | $10.00 | Y |
| 8/11/2019 | BRIGHT TEA EARL GREY RAINFOREST ALLIANCE 20 CT (5 EACHES PER CASE) | $9.17 | 1 | $9.17 | Y |
| 8/11/2019 | LAVAZZA INTENSO CAPSULES 100 CT | $53.58 | 3 | $160.75 | Y |
| 8/11/2019 | SQWINCHER SQWEEZE POPS ASSORTED FLAVORS (15 EACHES PER CASE) | $4.19 | 2 | $8.38 | Y |
| 8/11/2019 | SPARKLING ICE 12/17OZ BLACK RASPBERRY (125 PAL) | $12.17 | 2 | $24.34 | Y |
| 8/11/2019 | GREEN MOUNTAIN VERMONT COUNTRY BLEND K CUP POD 24 CT (4 EACHES PER CASE) | $14.44 | 1 | $14.44 | Y |
| 8/11/2019 | GREEN MOUNTAIN FRENCH VANILLA K CUP POD 24 CT (4 EACHES PER CASE) | $14.29 | 1 | $14.29 | Y |
| 8/11/2019 | CINNABON CLASSIC CINNAMON ROLL K CUP POD 24 CT (4 EACHES PER CASE) | $20.83 | 1 | $20.83 | Y |
| 8/11/2019 | ARNOLD PALMER ICE TEA LEMONADE 11.5 OZ CANS 12 COUNT | $6.44 | 1 | $6.44 | Y |
| 8/11/2019 | ARIZONA SWEET TEA 11.5 OZ CANS 12 COUNT | $6.70 | 1 | $6.70 | Y |
| 8/29/2019 | FLAVIA C400 NON PAY BREWER | $100.00 | 1 | $100.00 | N |
| 10/11/2019 | AQUA CAFE COFFEE BREWER & BOTTOM LOAD HOT AND COLD COOLER COMBO | $100.00 | 1 | $100.00 | N |
| 1/9/2020 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 2 | $56.00 | N |
| 1/9/2020 | ALTERRA FUEL TIME 18 CT (5 EACHES PER CASE) | $16.28 | 1 | $16.28 | N |
| 1/9/2020 | Teas | $0.00 | 1 | $0.00 | N |
| 1/9/2020 | ARIZONA GREEN TEA ZERO WITH GINSENG & HONEY 11.5 OZ CANS 12 COUNT | $6.37 | 1 | $6.37 | N |
| 1/9/2020 | LAVAZZA ESPRESSO AROMA PIU WHOLE BEAN 2.2 LB (6 EACHES PER CASE) | $35.05 | 1 | $35.05 | N |
| 4/29/2020 | VERMONT PURE 5.0G SPRING | $7.00 | 17 | $119.00 | N |
| 5/10/2020 | VERMONT PURE 5.0G SPRING | $7.00 | 14 | $98.00 | Y |
| 5/10/2020 | VERMONT PURE/ 0.5L SPRING BOTTLED WATER | $5.86 | 2 | $11.72 | Y |
| 5/10/2020 | SPARKLING ICE 12/17OZ BLACK RASPBERRY (125 PAL) | $12.17 | 1 | $12.17 | Y |
| 5/10/2020 | Keurig K-Cups | $12.00 | 4 | $48.00 | Y |
| 10/7/2020 | VERMONT PURE 5.0G SPRING | $7.00 | 5 | $35.00 | Y |
| 10/7/2020 | ARIZONA GREEN TEA ZERO WITH GINSENG & HONEY 11.5 OZ CANS 12 COUNT | $6.37 | 4 | $25.48 | Y |
| 10/7/2020 | ARIZONA SWEET TEA 11.5 OZ CANS 12 COUNT | $6.70 | 2 | $13.40 | Y |
| 10/7/2020 | ALTERRA FUEL TIME 18 CT (5 EACHES PER CASE) | $16.28 | 1 | $16.28 | Y |
| 10/7/2020 | ALTERRA FOCUS TIME 20 CT (4 EACHES PER CASE) | $20.34 | 1 | $20.34 | Y |
| 10/7/2020 | PEETS CAFE DOMINGO (FLAVIA) 18 CT (4 EACHES PER CASE) | $14.19 | 2 | $28.38 | Y |
| 10/7/2020 | COOL BEANS VIVA COLOMBIAN WHOLE BEAN 5 LB (2 EACHES PER CASE) | $24.50 | 1 | $24.50 | Y |
| 10/7/2020 | STANDARD COFFEE EZ BREW FILTER PACK 30/1.75 OZ | $26.76 | 2 | $53.52 | Y |
| 11/23/2020 | BIGELOW GREEN TEA 28 CT (6 EACHES PER CASE) | $4.46 | 1 | $4.46 | Y |
| 11/23/2020 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 2 | $56.00 | Y |
| 11/23/2020 | ECO-STICK YELLOW 400 CT (4 EACHES PER CASE) | $13.20 | 1 | $13.20 | Y |
| 11/23/2020 | ECO-STICK GREEN 200 CT (8 EACHES PER CASE) | $12.99 | 1 | $12.99 | Y |
| 11/23/2020 | SPARKLING ICE + CAFFEINE 12/16OZ CAN STRAWBERRY CITRUS (140 PAL) | $19.59 | 2 | $39.18 | Y |
| 11/23/2020 | SPARKLING ICE + CAFFEINE 12/16OZ CAN BLUE RASPBERRY (140 PAL) | $18.56 | 2 | $37.12 | Y |
| 11/23/2020 | SWISS MISS HOT CHOCOLATE MARSHMALLOW 50 CT (6 EACHES PER CASE) | $13.63 | 1 | $13.63 | Y |
| 11/23/2020 | ARIZONA GREEN TEA ZERO WITH GINSENG & HONEY 11.5 OZ CANS 12 COUNT | $6.37 | 3 | $19.11 | Y |
| 11/23/2020 | BRIGHT TEA CHAI SPICE RAINFOREST ALLIANCE 20 CT (5 EACHES PER CASE) | $9.60 | 1 | $9.60 | Y |
| 11/23/2020 | ALTERRA FRENCH ROAST DECAF 100% 3RD PARTY CERTIFIED 20 CT (5 EACHES PER CASE) | $9.61 | 1 | $9.61 | Y |
| 11/23/2020 | MOUNTAIN VALLEY 0.5L SPRING PL-SPORT CAP | $23.04 | 1 | $23.04 | Y |
| 11/23/2020 | MOUNTAIN VALLEY 24/333ML SPARKLING BLACKBERRY POMEGRANATE GLASS | $35.45 | 1 | $35.45 | Y |
| 11/23/2020 | SPARKLING ICE 12/17OZ ORANGE MANGO | $12.20 | 1 | $12.20 | Y |
| 11/23/2020 | Cups |  | 1 | $0.00 | Y |
| 1/2/2021 | STEEP ORGANIC BY BIGELOW PURE GREEN TEA 20 CT (6 EACHES PER CASE) | $4.54 | 1 | $4.54 | Y |
| 1/2/2021 | Green Mountain K-cups | $13.00 | 1 | $13.00 | Y |
| 1/2/2021 | Cool Beans K-Cups | $10.00 | 1 | $10.00 | Y |
| 1/2/2021 | BRIGHT TEA ENGLISH BREAKFAST RAINFOREST ALLIANCE 20 CT (5 EACHES PER CASE) | $10.05 | 1 | $10.05 | Y |
| 1/2/2021 | ALTERRA ITALIAN ROAST 100% 3RD PARTY CERTIFIED 20 CT (5 EACHES PER CASE) | $10.53 | 1 | $10.53 | Y |
| 1/2/2021 | TAZO ZEN TEA (FLAVIA) 20 CT (4 EACHES PER CASE) | $10.00 | 1 | $10.00 | Y |
| 1/2/2021 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 4 | $112.00 | Y |
| 1/2/2021 | FIJI 24/500ML (0.5L) ARTESIAN 72/PAL | $29.56 | 1 | $29.56 | Y |
| 1/2/2021 | FIJI 12/700ML ARTESIAN SPORT CAP 110/PAL | $24.98 | 1 | $24.98 | Y |
| 1/2/2021 | LAVAZZA INTENSO CAPSULES 100 CT | $53.58 | 2 | $107.16 | Y |
| 1/2/2021 | MOUNTAIN VALLEY 12/750ML SPRING WATER (ALUMINUM BOTTLES) | $26.54 | 1 | $26.54 | Y |
| 1/2/2021 | VERMONT PURE 5.0G SPRING | $7.00 | 2 | $14.00 | Y |
| 3/10/2021 | VERMONT PURE/ 0.5L SPRING BOTTLED WATER | $5.69 | 5 | $28.45 | Y |
| 3/10/2021 | ARIZONA SWEET TEA 11.5 OZ CANS 12 COUNT | $6.70 | 1 | $6.70 | Y |
| 3/10/2021 | ALTERRA ITALIAN ROAST 100% 3RD PARTY CERTIFIED 20 CT (5 EACHES PER CASE) | $10.53 | 1 | $10.53 | Y |
| 3/10/2021 | FLAVIA MERCHANDISER 6 COLUMN 18 DRAWER | $99.00 | 1 | $99.00 | Y |
| 8/6/2021 | AQUA BARISTA COFFEE BREWER & BOTTOM LOAD HOT AND COLD COOLER COMBO | $275.00 | 1 | $275.00 | N |

| Date | Description | Price | Qty | Total | |
|---|---|---|---|---|---|
| 8/6/2021 | FIJI 24/500ML (0.5L) ARTESIAN 72/PAL | $29.56 | 1 | $29.56 | N |
| 8/6/2021 | VOSS 24/500ML STILL ARTESIAN PET 84 PAL | $28.00 | 1 | $28.00 | N |
| 8/6/2021 | BIGELOW ENGLIGH BREAKFAST TEA POD 18 CT (6 EACHES PER CASE) | $8.40 | 1 | $8.40 | N |
| 9/17/2021 | Voss (misc sizes) | $20.00 | 4 | $80.00 | N |
| 11/22/2021 | NEWCO CX TOUCH POD BREWER 782275 | $2,499.99 | 1 | $2,499.99 | N |

|  | TOTAL: | $8,349.12 |
|---|---|---|